**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE AUTO CHANNEL, LLC, <br><br> Defendant. | Case No. CV 23-2942 FMO (AGRx) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Re: Motion for Default Judgment, IT IS ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiff Michael Grecco Productions, Inc. ("plaintiff") and against defendant The Auto Channel, LLC ("defendant") in the total amount of $1,000 in statutory damages under 17 U.S.C. § 504(c), $300 in attorney's fees, and $562.73 in costs, plus post-judgment interest pursuant to 28 U.S.C. § 1961.

2. Defendant The Auto Channel, LLC and its agents, employees, representatives and all persons in active concert and participation with it who receive actual notice of the injunction are hereby restrained and enjoined from reproducing, displaying, distributing, selling, or using the subject photograph in any manner, whether directly or indirectly.

/ / /

/ / /

3. Plaintiff shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 17th day of November, 2023.

                  /s/
               Fernando M. Olguin
             United States District Judge